IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01380-BNB

DARRELL L. HAVENS,

    Plaintiff,

v.

WILLIAM (BILL) JOHNSON, Arvada Police Detective,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 9 2009

GREGORY C. LANGHAM
               CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 29, 2009, at Denver, Colorado.

                                                   BY THE COURT:

                                                   s/ Boyd N. Boland
                                                 United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01380-BNB

Darrell L. Havens
Prisoner No. 143367
Fort Lyons Corr. Facility
PO Box 1000
Fort Lyons, CO 81038

     I hereby certify that I have mailed a copy of this **ORDER** to the above-named individuals on 10/29/09

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk