IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01380-MSK-MEH

DARRELL L. HAVENS,

    Plaintiff,

v.

WILLIAM (BILL) JOHNSON, Arvada Police Detective,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV - 4 2009
GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

DATED this 4th day of November, 2009.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01380-MSK-MEH

Darrell L. Havens
Prisoner No. 143367
Fort Lyon Corr. Facility
PO Box 1000
Fort Lyon, CO 81038

US Marshal Service
Service Clerk
Service forms for: William Johnson

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on William Johnson: AMENDED COMPLAINT FILED 10/14/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/4/09 .

                                          GREGORY C. LANGHAM, CLERK

                                          By: _____
                                                    Deputy Clerk