IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01380-MSK-MEH

DARRELL L. HAVENS,

    Plaintiff,

v.

WILLIAM JOHNSON, Arvada Police Detective,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 12, 2010.**

    Defendant's Motion to Compel Initial Disclosures and Request for Fees and Costs [filed July 8, 2010; docket #60] is **granted in part and denied in part**. The Plaintiff is ordered to submit to Defendant his initial disclosures pursuant to Fed. R. Civ. P. 26(a) **on or before July 26, 2010**. The Plaintiff may follow the same format as that used by Defendant in its initial disclosures document. If the Plaintiff fails to comply with this order, the Court may impose sanctions against him.

    Pursuant to Fed. R. Civ. P. 37(a)(5), the Court denies Defendant's request for attorney's fees and costs at this time finding that the circumstances of this case (the Plaintiff is proceeding *pro se* and *in forma pauperis*) make an award of expenses unjust.