**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover            Date: November 3, 2011
Court Reporter:     Paul Zuckerman

Civil Action No.  09-cv-01380-MSK-MEH

*Parties*:                                     *Counsel*:

DARRELL L. HAVENS,                             David Harper
                                               William Muhr


           Plaintiff,

v.

WILLIAM JOHNSON, Arvada Police Detective,      Thomas Lyons
                                               Mark Ratner

           Defendant.

## COURTROOM MINUTES

HEARING:   Evidentiary

**9:11 a.m.       Court in session**

**Witness sworn  for the plaintiff: Wendy Carlson :**
**9:12 a.m.**       Direct Examination by Mr. Muhr.

 **EXHIBITS:   Received:   17 (Q1; K1-61); 35**

Cross examination of witness by Mr. Lyons.

Re-direct examination of witness by Mr. Muhr.

**EXHIBITS:   Received:**   14

**Witness sworn  for the plaintiff: Perry Haney:**
**10:04 a.m.**     Direct Examination by Mr. Muhr.

**EXHIBITS:   Received:**
           **Refused**:       **18**

Cross examination of witness by Mr. Ratner.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Re-direct examination of witness by Mr. Muhr.

**10:37 a.m.**    **Court in recess**
**10:49 a.m.**    **Court in session**

**Witness sworn for the plaintiff: Robert Lantz, Ph.D :**
**10:51 a.m.**    Direct Examination by Mr. Muhr.

**EXHIBITS:   Received:   32**

Cross examination of witness by Mr. Ratner.

Re-direct examination of witness by Mr. Muhr.

**EXHIBITS:   Received:   11**

**Witness sworn for the plaintiff: Dr. Joan Laub:**
**11:21 a.m.**    Direct Examination by Mr. Muhr.

**EXHIBITS:   Received:   29**

Cross examination of witness by Mr. Ratner.

Re-direct examination of witness by Mr. Muhr.

Re-cross examination of witness by Mr. Ratner.

**Witness sworn for the plaintiff: Chrystal Havens :**
**11:43 a.m.**    Direct Examination by Mr. Muhr.

Cross examination of witness by Mr. Ratner.

No re-direct examination.

**11:56 a.m.**    **Court in recess.**
**1:08 p.m.**    **Court in session**

**Witness sworn for the plaintiff: Darrell Havens :**
**1:09 p.m.**    Direct Examination by Mr. Muhr.

Cross examination of witness by Mr Lyons.

Re-direct examination of witness by Mr. Muhr.

**2:01 p.m.**    **Court in recess**
**2:16 p.m.**    **Court in session**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**Witness sworn  for the plaintiff :Allen Fistell  :**
**2:16 p.m.**        Direct Examination by Mr. Muhr.

Cross examination of witness by Mr. Ratner.

Re-direct examination of witness by Mr. Muhr.

Plaintiff rests.

**Witness sworn  for the defendant : Ronald Kimsey :**
**2:26 p.m.**        Direct Examination by Mr. Lyons.

**EXHIBITS:   Received:       5, 6, 7, 8**

Cross examination of witness by Mr. Muhr.

Re-direct examination of witness by Mr. Lyons.

**Witness sworn  for the defendant :Edward Cetaruk  :**
**2:47 p.m.**        Direct Examination by Mr. Ratner.

**EXHIBITS:   Received:       3**

Cross examination of witness by Mr. Muhr.

Re-direct examination of witness by Mr. Ratner.

Defendant rests.

No rebuttal witnesses.

**3:17 p.m.        Court in recess**
**3:35 p.m.        Court in session**

Argument.

Oral findings are made of record and incorporated herein.

**ORDER:**        The remainder of the Motion for Reconsideration **(Doc. #76)** is **GRANTED**.  The Order of dismissal previously issued (**Doc. #73**) is **VACATED.**  Defendant's Motion to Dismiss (**Doc. #24**) is **DENIED**; the Motion to Consolidate Cases (**Doc. #89**) is **GRANTED.**   The cases are consolidated for all purposes.  This action will proceed with a dual caption but the secondary portion of the caption will be the subsequently filed case.  All of the pending motions in the case before Judge Blackburn become pending motions in this case.

Courtroom Minutes
Judge Marcia S. Krieger
Page 4

The Court recommends that the parties contact Magistrate Judge Hegarty's chambers to request another Scheduling Conference, if appropriate.

**4:15 p.m.        Court in recess**

**Total Time:    5 hours 7 minutes.**
**Hearing concluded.**