IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01380-MSK-MEH
(Consolidated with 11-cv-00490-REB-BNB)

DARRELL L. HAVENS,

    Plaintiff,

v.

WILLIAM JOHNSON, Arvada Police Detective, in his individual and official capacities,
R.J. VANDER VEEN, Arvada Police Detective, in his individual and official capacities,
LINK STRATE, Arvada Police Sergeant, in his individual and official capacities,
DON WICK, Arvada Police Chief, in his individual and official capacities,
C.J. BICKMORE, Arvada Police Detective, in his individual and official capacities,
MARKS GRUEBER, Arvada Police Detective, in his individual and official capacities,
MILES HEIVILN, Arvada Police Detective, in his individual and official capacities,
IAN KILDOW, Arvada Police Detective, in his individual and official capacities,
MARK MANTYCH, Arvada Police Detective, in his individual and official capacities,
MIKE ROEMER, Arvada Police Detective, in his individual and official capacities,
ERIC STRASHEIM, Arvada Police Detective, in his individual and official capacities,
ARVADA POLICE DEPARTMENT,
ROBERTO RAMIREZ, Arvada City Attorney, in his individual and official capacities,
CITY OF ARVADA,
BILLY MAYFIELD, Colorado State Patrol, in his individual and official capacities,
SCOTT BEAUVAIS, Colorado State Patrol, in his individual and official capacities,
ZACH MURRAY, Colorado State Patrol, in his individual and official capacities,
COLORADO STATE PATROL,
TIM BEALS, Lone Tree Police Detective, in his individual and official capacities,
TODD PACHELLO, Lone Tree Police, in his individual and official capacities,
LONE TREE POLICE DEPARTMENT,
CITY OF LONE TREE,
RICARDO HERNANDEZ, Mountain View Detective, in his individual and official capacities,
MOUNTAIN VIEW POLICE DEPARTMENT,
TOWN OF MOUNTAIN VIEW,
DENVER METRO AUTO THEFT TEAM,
DAVID MICHAUD, Colorado Board of Parole, in his individual and official capacities,
BECKY R. LUCERO, Colorado Board of Parole, in her individual and official capacities,
DEBORAH C. ALLEN, Colorado Board of Parole, in her individual and official capacities,
MICHAEL E. ANDERSON, Colorado Board of Parole, in his individual and official capacities,
MICKEY HECKENBACH, Colorado Board of Parole, in her individual and official capacities,
REBECCA L. OAKES, Colorado Board of Parole, in her individual and official capacities,
CELESTE M. QUINONES, Colorado Board of Parole, in her individual and oficial capacities,
COLORADO BOARD OF PAROLE,

WILLIAM BRIAN SANDY, Colorado State Parks, in his individual and official capacities,
COLORADO STATE PARKS,
STATE OF COLORADO,
DENVER POLICE DEPARTMENT,
CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 17, 2012**.

    For the same reasons set forth in this Court's January 12, 2012 order [docket #187], Defendant Ricardo Hernandez's Motion to Stay Discovery [filed December 29, 2011; docket #148] is **granted**. Discovery as to Defendant Hernandez is stayed pending resolution of his motion to dismiss. Defendant shall, along with all parties, file a status report within three business days of receiving a ruling on the motion to dismiss indicating what scheduling, if any, is needed.