IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01380-MSK-MEH
(Consolidated with 11-cv-00490-REB-BNB)

DARRELL L. HAVENS,

    Plaintiff,

v.

WILLIAM JOHNSON, Arvada Police Detective, in his individual and official capacities,
R.J. VANDER VEEN, Arvada Police Detective, in his individual and official capacities,
LINK STRATE, Arvada Police Sergeant, in his individual and official capacities,
DON WICK, Arvada Police Chief, in his individual and official capacities,
C.J. BICKMORE, Arvada Police Detective, in his individual and official capacities,
MARKS GRUEBER, Arvada Police Detective, in his individual and official capacities,
MILES HEIVILN, Arvada Police Detective, in his individual and official capacities,
IAN KILDOW, Arvada Police Detective, in his individual and official capacities,
MARK MANTYCH, Arvada Police Detective, in his individual and official capacities,
MIKE ROEMER, Arvada Police Detective, in his individual and official capacities,
ERIC STRASHEIM, Arvada Police Detective, in his individual and official capacities,
ARVADA POLICE DEPARTMENT,
ROBERTO RAMIREZ, Arvada City Attorney, in his individual and official capacities,
CITY OF ARVADA,
BILLY MAYFIELD, Colorado State Patrol, in his individual and official capacities,
SCOTT BEAUVAIS, Colorado State Patrol, in his individual and official capacities,
ZACH MURRAY, Colorado State Patrol, in his individual and official capacities,
COLORADO STATE PATROL,
TIM BEALS, Lone Tree Police Detective, in his individual and official capacities,
TODD PACHELLO, Lone Tree Police, in his individual and official capacities,
LONE TREE POLICE DEPARTMENT,
CITY OF LONE TREE,
RICARDO HERNANDEZ, Mountain View Detective, in his individual and official capacities,
MOUNTAIN VIEW POLICE DEPARTMENT,
TOWN OF MOUNTAIN VIEW,
DENVER METRO AUTO THEFT TEAM,
DAVID MICHAUD, Colorado Board of Parole, in his individual and official capacities,
BECKY R. LUCERO, Colorado Board of Parole, in her individual and official capacities,
DEBORAH C. ALLEN, Colorado Board of Parole, in her individual and official capacities,
MICHAEL E. ANDERSON, Colorado Board of Parole, in his individual and official capacities,
MICKEY HECKENBACH, Colorado Board of Parole, in her individual and official capacities,
REBECCA L. OAKES, Colorado Board of Parole, in her individual and official capacities,
CELESTE M. QUINONES, Colorado Board of Parole, in her individual and official capacities,
COLORADO BOARD OF PAROLE,

WILLIAM BRIAN SANDY, Colorado State Parks, in his individual and official capacities,
COLORADO STATE PARKS,
STATE OF COLORADO,
DENVER POLICE DEPARTMENT,
CITY AND COUNTY OF DENVER,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 21, 2012.**

      Plaintiff's Motion to Amend Consolidated Complaint [filed February 16, 2012; docket #215] is **denied without prejudice**. In addition to the requirement to comply with Fed. R. Civ. P. 15 concerning his request, the Plaintiff must also comply with Fed. R. Civ. P. 16(b)(4). The Scheduling Order in this case sets the deadline for amendment of pleadings as February 3, 2012. Therefore, the Plaintiff must demonstrate good cause for modifying this deadline. Although the Plaintiff attempts to justify his request for amendment in paragraph 4 of his motion, the justification, as asserted, falls short of demonstrating good cause for modifying the deadline. In addition, the Plaintiff fails to identify whether his proposed amendment(s) will affect any portion of the pending motions to dismiss in this case. In fact, because every Defendant in this action has filed a motion to dismiss the operative pleading, the Court disagrees that the Plaintiff need only confer with counsel for the United States and its agents regarding his request to amend it. Rather, in this instance, the Plaintiff must demonstrate that he has conferred with all counsel or pro se party who may oppose a motion to amend the operative pleading.