IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01380-MSK-MEH

DARRELL L. HAVENS,

    Plaintiff,

v.

WILLIAM JOHNSON, Detective, in his individual and official capacities,
RICARDO HERNANDEZ, Detective, in his individual and official capacities,
WILLIAM BRIAN SANDY, Inspector, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2012**.

    Before the Court is Plaintiff's Amended Motion for Leave to File Amended Consolidated Complaint (to Correct the Previous E-Filing of the Wrong Document) [docket #245]. The filing of this amended motion renders moot Plaintiff's Motion for Leave to Amend Consolidated Complaint [filed March 27, 2012; docket #231]; thus, this motion is **denied as moot**.

    In light of this order, Defendant Hernandez' Unopposed Motion for Extension of Time to File Response in Opposition to Plaintiff's Motion for Leave to Amend Consolidated Complaint [filed April 16, 2012; docket #248] is **denied as moot**. The briefing shall proceed on the amended motion as filed April 13, 2012, in accordance with D.C. Colo. LCivR 7.1C.