IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01380-MSK-MEH

DARRELL L. HAVENS,

    Plaintiff,

v.

WILLIAM JOHNSON, Detective, in his individual and official capacities,
RICARDO HERNANDEZ, Detective, in his individual and official capacities,
WILLIAM BRIAN SANDY, Inspector, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 12, 2012.**

    Before the Court is Defendant Johnson's Unopposed Motion for Leave to Take Deposition of Plaintiff in Prison [filed October 12, 2012; docket #314]. Fed. R. Civ. P. 30(a)(2)(b) requires a party to obtain leave of court to depose a person confined in prison. As Plaintiff is presently incarcerated in the Colorado Department of Corrections, Defendant Johnson properly seeks permission from the Court to take Plaintiff's deposition. Accordingly, the Court **grants** Defendant Johnson's Motion and permits Defendant Johnson to depose Plaintiff at the Colorado Department of Corrections facility, subject to the limitations set forth in the Local Rules and the Scheduling Order [docket #243].