IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01380-MSK-MEH

DARRELL L. HAVENS,

      Plaintiff,

v.

WILLIAM JOHNSON, Detective, in his individual and official capacities,
RICARDO HERNANDEZ, Detective, in his individual and official capacities,
WILLIAM BRIAN SANDY, Inspector, in his individual and official capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2012**.

      The Stipulated Motion for Entry of Proposed Protective Order [filed October 25, 2012; docket #320] is **granted**. The proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.