**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01380-MSK-MEH

DARRELL L. HAVENS,

    Plaintiff,

v.

WILLIAM JOHNSON,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Granting Motion For Summary Judgment entered by Chief Judge Marcia S. Krieger on February 28, 2014 [373], it is

ORDERED that judgment is entered in favor of defendant William Johnson.  It is

FURTHER ORDERED that this case is closed.

 Dated at Denver, Colorado this 6th day of March, 2014.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                            By:  s/   Patricia Glover
                                          Deputy Clerk